IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN IVES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0562

Opinion filed December 13, 2017.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Candice Brower, General Counsel and Michael J. Titus, Assistant Regional Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Appellant raises three issues on appeal; only one has merit. We agree that the trial court erred by failing to enter a written order adjudicating appellant competent to proceed following an oral pronouncement of competence. Therefore, we AFFIRM

appellant's convictions, but REMAND for entry of a nunc pro tunc order declaring appellant competent. *See Merriell v. State*, 169 So. 3d 1287, 1288–89 (Fla. 1st DCA 2015).

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.